# LOUISIANA STATE BOARD OF MEDICAL EXAMINERS

630 Camp Street, New Orleans, LA 70130
Mailing Address: Post Office Box 30250, New Orleans, LA 70190-0250
www.lsbme.la.gov



Department of Investigations
Telephone: (504) 568-6820
FAX: (504) 568-5754

IN THE MATTER OF:

ARNOLD ERWIN FELDMAN, M.D.
(*Certificate No. 10296R*),
*Respondent*

No. 14-A-004

RE:  REQUEST FOR
RECONSIDERATION OF ORDER
REQUIRING PRODUCTION OF
CONFIDENTIAL DOCUMENTS

After consideration of the above referenced request for reconsideration and finding it to have merit,

IT IS ORDERED that the Request for Reconsideration is GRANTED. Because of the confidential and privileged status of investigation records in the custody or control of the Louisiana State Board of Medical Examiners, only those records that the Complainant intends to introduce at the administrative hearing are subject to discovery.

New Orleans, Louisiana, this ____6th____ day of November 2014.

_____
MARK H. DAWSON, M.D.
*PRESIDENT*

EXHIBIT A

CERTIFIED TRUE COPY
_____
Docket Clerk
Louisiana State Board of Medical Examiners
Date 11/6/14

NOV-06-2014 10:04     From:5045685754     ID:afma     Page:002     R:96%

# LOUISIANA STATE BOARD OF MEDICAL EXAMINERS

630 Camp Street, New Orleans, LA 70130
Mailing Address: Post Office Box 30250, New Orleans, LA 70190-0250
www.lsbme.la.gov



Department of Investigations
Telephone: (504) 568-6820
FAX: (504) 568-5754

|  |  |
|---|---|
| IN THE MATTER OF: | No. 14-A-004 |
| ARNOLD ERWIN FELDMAN, M.D. *(Certificate No. 10296R),* Respondent | STATUS CONFERENCE |

A status conference was held in the above matter on November 13th, 2014. After a discussion of the procedural posture of the case, it was agreed, and **IT IS ORDERED** that a status conference be held on the 15th day of December, 2014, at 10:00 am at the offices of the Board in New Orleans. **IT IS FURTHER ORDERED** that final witness and exhibit lists and expert reports be exchanged on or before the 15th day of December, 2014.

New Orleans, Louisiana, this ___13th___ day of November 2014.

_____
FREDERICK S. ELLIS
INDEPENDENT COUNSEL

CERTIFIED TRUE COPY
_____
Docket Clerk
Louisiana State Board of Medical Examiners
Date __11/13/14__