505 E. Airport Drive  
Baton Rouge, LA 70806  
Phone (225) 201-0950

114 Jefferson Davis Blvd.  
Natchez, MS 39120  
Phone (601) 442-5382

# Arnold E. Feldman, M.D.

### Education

**Department of Anesthesia of the Harvard Medical School**   Boston, MA  
25 Shattuck Street  
Boston, Ma 02115  
617-495-1000  
Residency  
July 1981-July 1983

**Thomas Jefferson University Hospital**   Philadelphia, PA  
111 So 11th Street  
Philadelphia, Pa 19107  
215-955-6000  
Internship-Internal Medicine  
June 1980-June 1981

**Medical College of Pennsylvania**   Philadelphia, PA  
3300 Henry Ave  
Philadelphia, Pa 19129  
215-842-6000  
Medical Degree  
September 1976-June 1980

**Colgate University**   Hamilton, NY  
13 Oak Drive  
Hamilton, NY  
315-228-1000  
Bachelor of Arts (Cum Laude)  
September 1972-June 1976

### Board/Academy Certifications

American Board of Anesthesiology, 1987  
American Academy of Pain Management, Diplomate, 1990



1

**Professional Experience**

**Southwest Mississippi Anesthesia, PA, INC**
**DBA/ The Feldman Institute**
Baton Rouge, LA
Director of Interventional Pain Medicine
Interventional Pain Management Specialist
2001-Present

**First Choice Surgery Center of Baton Rouge, LLC**
Baton Rouge, LA
Director of Ambulatory Surgery Center
Interventional Pain Management Specialist
2001-Present

**Southwest Mississippi Anesthesia, PA, INC**
Natchez, MS
Director of Interventional Pain Medicine
Interventional Pain Management Specialist
1986-Present

**First Choice Health, Inc**
Natchez, MS
Director of Ambulatory Surgery Center
Interventional Pain Management Specialist
1996-Present

**Natchez Regional Medical Center**
Natchez, MS
Chief of Staff
1993-1994

**Natchez Regional Medical Center**
Natchez, MS
Board of Trustees
1993-1994

**Adams County Correctional Facility**
Natchez, MS
Physician
1986-2005

2

**Adams County Mississippi**
Natchez, MS
Deputy Coroner
1986-Present

**Mobile Infirmary Medical Center**
Mobile, AL
Staff Anesthesiologist
1983-1986

# Special Training/Preceptorship

**First Choice Surgery Center of Baton Rouge, LLC**
Lumbar Discoscopic Endoscopic Discectomy
2/15/2004 to 11/14/2005
Preceptor: Joseph Rauchwerk, MD

**Kyphon Balloon Kyphoplasty Certification**
Orlando, Fl
August 2006

**AASMISMS 19th Fellowship – John Chiu, MD**
New Innovations and Advances in Endoscopic Minimally Invasive Spine Surgery
Thousand Oaks, Ca
February 2007

**Holmium:YAG Lasers for Medicine**
Clinical Applications and Safety Related to Minimally Invasive Spine Surgery
March 2007

**MaxMore Surgical Technique Introduction Workshop**
In cooperation with Alpha Klinik
Munich, Germany
November 9-10, 2007

**Carl Zeiss Surgical – Spinal Microsurgery 9**
Posterior Approaches to the Lumbar Spine
Munich, Germany
February 2008

**TESSYS – Joimax Medical Solutions**
Transforminal Endoscopic Spine System
Oceanside, NY

3

May 17, 2008

**1ST World Conference of Minimally Invasive Spine Surgery & Techniques**
Honolulu, HI
June 4-7, 2008

**MinSurg Biomechanical Innovations**
TruFUSE Surgical Training
New Orleans, La
June 28, 2008

**Society for Minimally Invasive Surgery of the Spine Annual Meeting 2008**
Las Vegas, NV
November 13-15, 2008

**MILD Training Lab – Vertos Medical**
Minimally Invasive Lumbar Decompression devices for the treatment of Lumbar Spinal Stenosis
Baton Rouge, La
December 20, 2008

**North American Spine Society – Skin to Skin Series**
**Minimally Invasive Surgery**
April 2-4, 2009

**International Intradiscal Therapy Society**
22nd Annual Conference
Phoenix, Az
May 2009

**International Society for Minimal Intervention in Spinal Surgery**
International 28th Course for Percutaneous Endoscopic Spinal Surgery and Complementary Minimal Invasive Techniques
Zurich, Switzerland
January 28-29, 2010

**The Ultrasound Guided Regional Anesthesia Workshop 2010**
Brent House Conference Center Ochsner Medical Center
New Orleans, La
April 10, 2010

**Urine Drug Screen Testing Compliance**
American Society of Interventional Pain Physicians
July 15, 2010

Clinical Faculty

    Disc-FX Workshop Clinical Faculty
    First Choice Surgery Center of Baton Rouge, LLC
    October 20, 2007

    Disc-FX Workshop Clinical Faculty
    First Choice Surgery Center of Baton Rouge, LLC
    March 15, 2008

    Disc-Fx Workshop Clinical Faculty
    Live Surgery Transmission
    First Choice Surgery Center of Baton Rouge, LLC
    April 12, 2008

    Joimax Endoscopic Spine System Workshop Faculty
    Anatomy/Cadaver Workshop
    Long Island, NY
    May 17, 2008

    Joimax Endoscopic Spine System Workshop Faculty
    Anatomy/Cadaver Workshop
    Long Island, NY
    September 5-6, 2008

    Spine Surgery from Tradition to the Future
    Dresden, Germany
    October 2-4, 2008

    Disc-FX Endoscopic Spine System Workshop Faculty
    Elliquence Innovative Medical Solutions, Anatomy/Cadaver Workshop
    Long Island, NY
    November 8, 2008

    Disc-FX Endoscopic Spine System Workshop Faculty - Webcast
    Elliquence Innovative Medical Solutions, Anatomy/Cadaver Workshop
    Long Island, NY
    March 7, 2009

    maxMorespine Transforminal Endoscopic Spine Workshop

July 25, 2009

**SpineNow, LLC/maxMorespine Transforminal Endoscopic Spine Workshop**
First Choice Surgery Center of Baton Rouge
Baton Rouge, La
March 26, 2010

**2ND World Congress of Minimally Invasive Spine Surgery & Techniques
and
23rd International Intradiscal Therapy Society Annual Conference**
Las Vegas, NV
June 1 – 4, 2010

**SpineNow, LLC/maxMorespine Transforminal Endoscopic Spine Workshop**
Specialty Surgery Center
Sparta, NJ
June 18, 2010

**Special
Appointment**

    State of Mississippi, Tort Claims Board Advisory Council, Member

**Professional
Associations**

    North American Spine Society
    American Medical Association
    Louisiana State Medical Association
    East Baton Rouge Parish Medical Society
    Mississippi State Medical Association
    American Society of Anesthesiologists
    Louisiana Society of Anesthesiology
    Mississippi Society of Anesthesiology
    American Academy of Pain Management
    American Academy of Pain Medicine
    American Pain Society
    American Society of Interventional Pain Physicians
    Society for Pain Practice Management
    Mississippi Pain Society
    American Society of Regional Anesthesia
    International Spinal Injection Society
    International Intradiscal Therapy Society
    American Society of Addiction Medicine

## Scientific Presentations

"**Facilitating Medial Cannula Placement for Central Disc Herniations and Spinal Stenosis.**" International Intradiscal Society 19th Annual Meeting.
Phoenix, Az April 5-7, 2006

"**Disc-FX – nonendoscopic radiofrequency disc ablation/decompression/nucleotomy.**"
International Society for Minimal Interventional in Spinal Surgery
Zurich, Switzerland January 25-26, 2007

"**Early Clinical Experience with THESSYS™ in the US.**" Workshop, International Intradiscal Therapy Society, 20th Annual Meeting
Albi, Toulouse, France June 19-23, 2007

"**Disc-FX – Nonendoscopic Radiofrequency Disc Ablation, Decompression and Nucleotomy – First Experiences.**" International Intradiscal Therapy Society, 20th Annual Meeting
Albi, Toulouse, France June 19-23, 2007

## Special Interest

- Medical Consultant – Ellman Innovations – Surgical Instrumentation
- Medical Consultant – Richard Wolf Medical Instruments Corporation Endoscopic Spine Division
- Clinical Investigator – Medtronic Corporation implant project for extensive experience in catheter and pump implant for pain control. Over 1000 cases.
- COLA's LabUniversity – Completion Lab Director Course 11-19-2010

## Publications

"**Evolution of Minimally Invasive Spine Surgical Technique: Q&A With Dr. Arnold Feldman of The Feldman Institute.**" *Becker's Spine Review.* February 16, 2013

"**How to Design a Medical Travel Program for Spine Care: Q&A With Dr. Arnold Feldman.**" *Becker's Spine Review.* February 23, 2013